MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071
T: +1.213.612.2500
F: +1.213.612.2501
joseph.duffy@morganlewis.com

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
Gayle R. Klein, Bar No. 237975
601 Lexington Avenue, 31st Floor
New York, NY 10022
T: +1.212.230-4645

Attorneys for Defendant Tesla, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL WILLIAMS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>   Defendant. | No.: 3:23-cv-04832-JD<br><br>Assigned to: James Donato<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

1   Pursuant to Local Rule 6-1(a), Plaintiff Darnell Williams ("Plaintiff") and
2   Defendant Tesla, Inc. ("Defendant"), by and through their undersigned counsel,
3   hereby stipulate as follows:
4   WHEREAS, on September 20, 2023, Plaintiff filed its Complaint (ECF No.
5   1),
6   WHEREAS, on November 7, 2023, Plaintiff served the Complaint on
7   Defendant;
8   WHEREAS, Defendant's current deadline to respond to the Complaint under
9   Federal Rule of Civil Procedure 12(a)(1)(A)(i) is November 28, 2023;
10  WHEREAS, the parties have met and conferred and agreed to extend
11  Defendant's deadline to respond to the Complaint by approximately 60 days to
12  January 27, 2024;
13  WHEREAS, the parties have met and conferred and agreed that Plaintiff's
14  response to Defendant's responsive pleading, if response is required, shall not be
15  due until February 26, 2024, regardless of when Defendant files its responsive
16  pleading;
17  WHEREAS, good cause exists for this extension, as it is in the interest of
18  judicial efficiency and overall economy to allow the parties to attempt to narrow the
19  pleadings issues before proceeding with the litigation;
20  WHEREAS, this extension will not alter the date of any event or any
21  deadline already fixed by Court order.
22  NOW, THEREFORE, the parties stipulate that Defendant's deadline to
23  answer, move or otherwise respond to the Complaint will be extended to January
24  27, 2024.
25  IT IS SO STIPULATED.
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
CASE NO. 3:23-CV-04832-JD

Dated: November 29, 2023　　　　COHELAN KHOURY & SINGER

　　　　　　　　　　　　　　　　By　/s/ Timothy D. Cohelan
　　　　　　　　　　　　　　　　　　Timothy D. Cohelan
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, Darnell Williams
　　　　　　　　　　　　　　　　　　and the alleged class

Dated: November 29, 2023　　　　MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　　By　/s/ Joseph Duffy
　　　　　　　　　　　　　　　　　　Joseph Duffy
　　　　　　　　　　　　　　　　　　Attorneys for Defendant, Tesla, Inc.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: November 29, 2023　　　　MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　　By　/s/ Joseph Duffy
　　　　　　　　　　　　　　　　　　Joseph Duffy
　　　　　　　　　　　　　　　　　　Attorneys for Defendant, Tesla, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
CASE NO. 3:23-CV-04832-JD

# [PROPOSED] ORDER

Having considered the Parties' Stipulation to Extend Deadline to Respond to Complaint, and good cause appearing, it is hereby ORDERED that:

Defendants time to answer, move or otherwise respond to Plaintiff's Complaint shall be extended through and including December 28, 2023.

**IT IS SO ORDERED**.

Dated: _____     _____
                                 Hon. James Donato
                                 United States District Judge